| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>Law Office of Baruch C. Cohen, APLC<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, CA 90010<br>Office (323) 937-4501 \| Cell (323) 353-9535<br>Facsimile: (888) 316-6107<br>Email: baruchcohen@baruchcohenesq.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SALVADOR PEREZ<br><br><br><br><br>Debtor(s) | CASE NO.: 2:18-bk-21560-VZ<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>MOTION TO MODIFY THE BANKRUPTCY COURT'S MAY 17, 2019 ORDER GRANTING RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362; DECLARATION OF MINH T. NGUYEN |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER DENYING CREDITOR BELINDA JARVIS' MOTION TO MODIFY THE BANKRUPTCY COURT'S MAY 17, 2019 ORDER GRANTING RELIEF FROM AUTOMATIC STAY** was lodged on December 18, 2019 and is attached. This order relates to the motion which is docket number 61.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation 4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

Minh T. Nguyen, Esq. (SBN 222405)
NGUYEN LAWYERS, ALC
3777 Long Beach Blvd., Third Floor Long Beach, California 90807
(562) 283-5415        Fax (562) 283-5416
email: minh@nguyenlawyers.com

*Attorneys for Plaintiff BELINDA JARVIS*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re<br><br>SALVADOR PEREZ, DBA, FDBA DESIGN UPHOLSTERY,<br><br>    Debtor | Case No. 2:18-bk-21560-VZ<br><br>Assigned to the Honorable Vincent Zurzolo<br><br>Chapter 13<br><br>**ORDER DENYING CREDITOR BELINDA JARVIS' MOTION TO MODIFY THE BANKRUPTCY COURT'S MAY 17, 2019 ORDER GRANTING RELIEF FROM AUTOMATIC STAY**<br><br>Date: 12-17-2019<br>Time: 11:00 am<br>Place: 255 E Temple St., Los Angeles CA<br>Courtroom: 1368 |

On November 21, 2019, Creditor Belinda Jarvis filed a Motion to Modify the Bankruptcy Court's May 17, 2019 Order Granting Relief from Automatic Stay under 11 U.S.C. § 362. (Docket #61.) The motion was unopposed. On December 17, 2019, the Court heard Ms. Jarvis' motion. Baruch C. Cohen, Esq. and Christine J. Gonong, Esq. appeared on behalf of Ms. Jarvis. No other appearances were made.

1

The Court, having considered the pleadings, including the evidence attached hereto, makes its Order as follows:

**IT IS HEREBY ORDERED** that Movant's Motion to Modify the Bankruptcy Court's May 17, 2019 Order Granting Relief from Automatic Stay is **DENIED** as moot. This Court previously dismissed Debtor Salvador Perez's Chapter 13 bankruptcy case. As a result of such dismissal, the automatic stay, pursuant to 11 U.S.C. § 362(a)(1), has been nullified. Accordingly, the provision in the May 17, 2019 Order of this Court that prevented Ms. Jarvis from obtaining recovery beyond Mr. Perez's insurance coverage of $1,000,000.00 is no longer in effect. Therefore, Ms. Jarvis may seek full recovery from the Debtor as allowed by law without the limitations imposed in the May 17, 2019 order.

**IT IS SO ORDERED.**

###

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 18, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Julian K Bach (CR) | Julian@Jbachlaw.com, julianbach@sbcglobal.net |
| Cynthia Grande (DB) | ecf@thegrandelawfirm.com, cynthia.grande@gmail.com, r60020@notify.bestcase.com; 1941l@notices.nextchapterbk.com |
| Bernard Hansen (DF) | bernardmhansen@sbcglobal.net |
| Danielle Vukovich (DF) | dvukovich@tysonmendes.com, hallen@tysonmendes.com |
| Mark S Krause (CR) | bankruptcy@zbslaw.com, mkrause@ecf.courtdrive.com |
| Nancy K Curry (TR) | TrusteeECFMail@gmail.com |
| US Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On December 18, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Salvador Perez, 316 N. Avalon Blvd., Wilmington, CA 90744

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, December 18, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery:
Hon. Vincent P. Zurzolo, USBC Central District of California, 255 E. Temple Street, Suite 1360, Los Angeles CA 90012

Email: Minh T. Nguyen, Esq. minh@nguyenlawyers.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 18, 2019 | Baruch C. Cohen, Esq. | /s/ Baruch C. Cohen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 2 — **F 9021-1.2.BK.NOTICE.LODGMENT**